UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELVA CONSTANCE CUNNINGHAM and DARIA ROSS,<br><br>                Plaintiffs,<br><br>                v.<br><br>GENERAL MOTORS LLC; UWE ELLINGHAUS, MELODY LEE, NATHAN TAN, SHANNON E. WALLACE, TONYA HALLETT, JOHN and JANE DOE, 1, 2, 3, etc.,<br><br>                Defendants. | Civil Action No. 20-cv-03097-AKH<br><br>*Electronically Filed* |

**DECLARATION OF DEFENDANT UWE ELLINGHAUS IN SUPPORT OF HIS MOTION TO DISMISS**

    1.    I, UWE ELLINGHAUS, am over the age of 18 and make the following Declaration.

    2.    I have been named as a Defendant in the above-referenced matter.

    3.    I submit this Declaration in support of my Motion to Dismiss.

    4.    I live and work in Munich, Germany, and I have no current plans to live or work in New York.

    5.    I am a citizen of Germany and not a citizen of the United States.

    6.    I was formerly employed by PIMS Co., a subsidiary of GM, which is incorporated in Delaware with its principal place of business in Detroit, Michigan.

    7.    While an employee of PIMS Co., I was assigned to work at Cadillac Brand of GM in New York, New York.

    8.    My contract with PIMS Co., expired on December 31, 2017.

    9.    I lived in New York from November of 2013 until February, 2018.

10. For the first 18 months of my employment, my position was technically located in Detroit, Michigan.

11. I have not lived in New York since February, 2018.

12. I have no family that lives in the United States. I do not own any land in New York, nor do I have a New York driver license.

13. I currently have no plans to travel to New York or the United States on vacation.

14. My understanding is that I cannot travel to New York on vacation in any event, or anywhere in the United States, because of U.S. legislation passed in response to the COVID-19 pandemic.

15. This Declaration is based upon my own personal knowledge, and/or upon my review of what I believe to be true and correct copies of public documents and/or documents generated and/or produced in discovery during the course of the above-captioned litigation.

16. I declare under penalty of perjury, under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 7, 2020

_____
Uwe Ellinghaus