UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
ELVA CONSTANCE CUNNINGHAM, *et al.*,  :
                                                                                   **SCHEDULING ORDER**
                                Plaintiffs,  :
                                                                       20 Civ. 3097 (AKH)
      v.  :

GENERAL MOTORS LLC, *et al.*,  :
                                Defendants.  :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The telephonic oral argument, currently scheduled for Wednesday, February 17, 2021, is adjourned until Tuesday, March 2, 2021, at 2:30 p.m. The oral argument will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the oral argument.

       Finally, no later than February 23, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.


       SO ORDERED.

Dated:    February 9, 2021        _____/s/ Alvin K. Hellerstein_____
            New York, New York         ALVIN K. HELLERSTEIN
                                                      United States District Judge