UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
: 
ELVA CONSTANCE CUNNINGHAM, et al.,  :
: **ORDER**
Plaintiffs, :
v. : 20 Civ. 3097 (AKH)
:
GENERAL MOTORS, LLC, et al., :
:
Defendants. :
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On June 30, 2022 the parties jointly filed a letter informing me that they have reached a private resolution in principle that will fully resolve all claims. A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 60 days of this order, or an authorized enlarged date, any party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

        SO ORDERED.

Dated:    June 30, 2022                                  /s/ Alvin K. Hellerstein
             New York, New York                 ALVIN K. HELLERSTEIN
                                                   United States District Judge